**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| The Yadin Company, Inc., )<br><br>Plaintiff, )<br><br>vs. )<br><br>City of Peoria, et al., )<br><br>Defendants. )<br>_____) | No. CV-06-1317-PHX-PGR<br><br>ORDER |

IT IS ORDERED that the plaintiff and defendant City of Peoria's Stipulation to Extend Time to Respond to Plaintiff's Complaint (doc. #5) is accepted and that defendant City of Peoria shall respond to the plaintiff's complaint no later than May 31, 2006.

DATED this 1st day of June, 2006.

Paul G. Rosenblatt
United States District Judge